# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## CIVIL CASE NO. 5:16-cv-00302-RE

In re: CELESTE G. BROUGHTON, )
)
) **ORDER**
Debtor. )
_____ )

**THIS MATTER** is before the Court on the Debtor's "Motion for Disqualification of Judge Terrance [sic] Boyle," which was filed on April 21, 2017 [DE-426].

On July 21, 2017, the Fourth Circuit Court of Appeals reassigned this matter from the Honorable Terrence W. Boyle, United States District Judge, to the undersigned. Accordingly, the Debtor's motion for disqualification of Judge Boyle is now moot.

**IT IS, THEREFORE, ORDERED** that the Debtor's "Motion for Disqualification of Judge Terrance [sic] Boyle" [DE-426] is **DENIED AS MOOT**.

Entered this the 13 day of December, 2017.

MARTIN REIDINGER
UNITED STATES DISTRICT JUDGE