THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL CASE NO. 5:16-cv-00302-RE

In re: CELESTE G. BROUGHTON, )
                                           )
                                           )          **O R D E R**
                Debtor.           )
_____ )

**THIS MATTER** is before the Court on the Debtor's "Motion for Order Enforcing the Subject Constructive Trust," which was filed on November 13, 2017 [DE-456].

By the present motion, the Debtor seeks enforcement of a constructive trust in her favor against Wells Fargo and Company, and she requests that this Court "order the transfer to [the Debtor] of those amounts of which she was defrauded by a RICO scheme as documented in her adversary proceeding complaint...." [DE-456 at 1].

The Debtor's adversary proceeding against Wells Fargo has been dismissed. See Broughton v. Wells Fargo and Co., No. 5:16-cv-00303-BO, DE-99 (E.D.N.C. Nov. 3, 2016). Accordingly, the Debtor's request for the enforcement of a constructive trust against Wells Fargo must be denied.

**IT IS, THEREFORE, ORDERED** that the Debtor's "Motion for Order Enforcing the Subject Constructive Trust," which was filed on November 13, 2017 [DE-456] is **DENIED**.

Entered this the __4__ day of January, 2018.

*Signed*
MARTIN REIDINGER
UNITED STATES DISTRICT JUDGE