# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## CIVIL CASE NO. 5:16-cv-00302-RE

In re: CELESTE G. BROUGHTON, )
)
) **ORDER**
Debtor. )
)

**THIS MATTER** is before the Court on the Trustee's Application to Appoint a Certified Public Accountant [DE-484].

The Trustee moves for authority to employ and appoint Williams Overman & Pierce, CPA, as a certified public accountant. It appears to the Court that no adverse interest has been represented and that no notice of a hearing on said application need be given. For the reasons stated in the Trustee's Application, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Trustee's Application to Appoint a Certified Public Accountant [DE-484] is **GRANTED**, and the Trustee is authorized to employ and appoint Williams Overman & Pierce, CPA, as his accountant under a general retainer with any fees to be noticed to all creditors prior to any distribution to said accounting firm.

**IT IS SO ORDERED.**

Entered this the 6 day of March, 2018.

                                                              _____
                                                              **MARTIN REIDINGER**
                                                              **UNITED STATES DISTRICT JUDGE**