THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL CASE NO. 5:16-cv-00302-RE

In re: CELESTE G. BROUGHTON, )
)
)  ORDER
Debtor. )
_____ )

**THIS MATTER** is before the Court on the Debtor's "Rule 9023 Motion to Vacate Order (494) to Appoint CPA" [DE-503].

After careful consideration, the Court finds no basis in fact or law to reconsider or modify its prior Order. Accordingly, the Debtor's request for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Debtor's "Rule 9023 Motion to Vacate Order (494) to Appoint CPA" [DE-503] is **DENIED**.

**IT IS SO ORDERED.**

Entered this the 7 day of September, 2018.

MARTIN REIDINGER
UNITED STATES DISTRICT JUDGE