THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL CASE NO. 5:16-cv-00302-RE

In re: CELESTE G. BROUGHTON, )
)
) ORDER
)
)
Debtor. )
)

**THIS MATTER** is before the Court on the Debtor's "Motion for Order to Produce Electronic Recording of August 10, 2018 Proceeding" [DE-552].

By the present motion, the *pro se* Debtor moves the Court to order the court report to provide the Debtor with an electronic recording of the August 10, 2018 hearing in this matter. For grounds, the Debtor claims as follows:

> The "official" transcript of that hearing submitted by the reporter is extraordinarily inaccurate. It is evident from the text of that document that Judge Martin Reidinger or some attorney acting on his behalf concocted the entire document, "out of the whole clothe [sic]", disregarding the actual occurrences and statements made in that hearing held on August 10, 2018.
>
> Only an audio recording of that proceeding can prove what actually was said in that hearing.

[DE-552 at 1].

The Debtor's accusation that the Court, or someone on the Court's behalf, fabricated the transcript of the August 10, 2018 is an outrageous and baseless accusation which the Court will not countenance. The Court has no reason to question the competence or integrity of the court reporter who prepared the transcript.[1]

**IT IS, THEREFORE, ORDERED** that the Debtor's "Motion for Order to Produce Electronic Recording of August 10, 2018 Proceeding" [DE-552] is **DENIED**.

**IT IS SO ORDERED** this the 16 day of November, 2018.

MARTIN REIDINGER
UNITED STATES DISTRICT JUDGE

---

[1] It should be noted that the Redacted Transcript Deadline has passed, and the Debtor has taken no action pursuant to the Transcript Notice of September 27, 2018. [DE-546].

2