THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL CASE NO. 5:16-cv-00302-RE

In re: CELESTE G. BROUGHTON, )
)
) **ORDER**
Debtor. )
)

**THIS MATTER** is before the Court on the Debtor's "Motion Requesting the Court to Vacate DE 547 and 548" [DE-553].

By the present motion, the *pro se* Debtor moves the Court to vacate two of its prior Orders. For grounds, the Debtor argues that the Court "has displayed an appearance of extreme partiality" [DE-553 at 1] in favor of the Trustee and others, which in the Debtor's view mandates this Court's recusal and the withdrawal of the Court's prior Orders [DE-547, DE-548].

A motion for recusal should be granted only if the judge's "impartiality might reasonably be questioned." 28 U.S.C.A. § 455(a). While the Debtor couches her motion in terms of "malice" and "abuse of power," the Debtor is clearly taking issue with the Court's rulings that were adverse to her. The Debtor's motion evidences her refusal to accept rulings against her, even rulings predating this proceeding by many years. As the Court has

repeatedly advised the Debtor, however, her dissatisfaction with the Court's prior rulings is not a sufficient grounds for recusal. The Debtor has not articulated any basis to find that the undersigned's impartiality might reasonably be questioned. Accordingly, the Debtor's requests for recusal and for the vacatur of the Court's prior Orders [DE-547, DE-548] are denied.

**IT IS, THEREFORE, ORDERED** that the Debtor's "Motion Requesting the Court to Vacate DE 547 and 548" [DE-553] is **DENIED**.

**IT IS SO ORDERED** this day the 16 day of November, 2018.

MARTIN REIDINGER
UNITED STATES DISTRICT JUDGE