# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CIVIL CASE NO. 5:16-cv-00302-RE

In re: CELESTE G. BROUGHTON,  )
)
) **ORDER**
Debtor.  )
)

**THIS MATTER** is before the Court on the Debtor's "Statement of Status of the Case and Motion for Action on Debtor's Pending Motions and Claims" [DE-560].

By the present motion, the *pro se* Debtor appears to request a ruling on her pending motions and offers additional arguments in support of her motion to vacate the Court's prior Orders. The Court has entered Orders today disposing of the Debtor's pending motions [DE-551, DE-552, DE-553]. In light of these Orders, the Debtor's request for a ruling is denied as moot.

**IT IS, THEREFORE, ORDERED** that the Debtor's "Statement of Status of the Case and Motion for Action on Debtor's Pending Motions and Claims" [DE-560] is **DENIED AS MOOT**.

**IT IS SO ORDERED** this day the 16 day of November, 2018.

*[signature]*
**MARTIN REIDINGER
UNITED STATES DISTRICT JUDGE**